1

2

3

4

5

6                                   UNITED STATES DISTRICT COURT

7                                        DISTRICT OF NEVADA

8                                                * * *

                                                   )
9    PROGRESSIVE CASUALTY INSURANCE      )
     COMPANY,                            )
10                                       )                2:11-CV-0678-LRH-PAL
                          Plaintiff,     )
11                                       )
      v.                                 )               ORDER
12                                       )
     JACKIE K. DELANEY; et al.,          )
13                                       )
                          Defendants.    )
14   _____)

15          Before the court is defendants' motion to seal certain exhibits in support of their opposition

16   to the motion for summary judgment (Doc. #24[1]). Doc. #25.

17          A party seeking to file materials under seal bears the burden of showing that the materials

18   are covered by an operative protective order or are also deserving of confidentiality. *See Foltz v.*

19   *State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2005). Specifically, a party must

20   "articulate compelling reasons supported by specific factual findings that outweigh the general

21   history of access and the public policies favoring disclosure." *Kamakana, City and County of*

22   *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (internal citations omitted).

23          Here, the court finds that defendants have put forth compelling reasons for sealing the

24   requested documents. Specifically, defendants contend that these documents contain the federal

25

26
     _____
     [1] Refers to the court's docket number.

1    examination of a bank controlled by the Federal Deposit Insurance Company which is prohibited

2    from public disclosure pursuant to 12 C.F.R. § 309.6(a). Thus, defendants have met their burden

3    and the court shall grant the motion accordingly.

4

5        IT IS THEREFORE ORDERED that defendants' motion to seal (Doc. #25) is GRANTED.

6        IT IS SO ORDERED.

7        DATED this 6th day of June, 2012.

8

9                                        _____

10                                       LARRY R. HICKS
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2