# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PROGRESSIVE CASUALTY INS. CO.,

               Plaintiff,

vs.

JACKIE K. DELANEY, et al.,

               Defendants.

Case No. 2:11-cv-00678-LRH-PAL

**ORDER**

(Substitution of Counsel - Dkt. #42)

This matter is before the court on a Substitution of Attorneys (Dkt. #42). It seeks to substitute Kevin Stolworthy in the place and stead of Conor P. Flynn as counsel for Defendants Jackie K. Delaney, Larry E. Carter, Mark A. Stout, Kenneth Templeton, John Shively, Steven C. Kalb, Jerome F. Snyder, Hugh Templeton, and Rick Dreshler. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed the Complaint (Dkt. #1) on April 29, 2011. There is a Motion for Summary Judgment (Dkt. #20) pending before the district judge. Accordingly,

**IT IS ORDERED** that Defendants' request to substitute Kevin Stolworthy in the place and stead of Conor P. Flynn is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 12th day of July, 2012.

                                                                     _____
                                                                     PEGGY A. LEEN
                                                                     UNITED STATES MAGISTRATE JUDGE