# EXHIBIT B

EXHIBIT B

# EXHIBIT B TO ESI PROTOCOL
## Sun West Bank ESI Databases

**S5 Director All Reports**

**S5 Director Deposit Reports**

**S5 Director Loan Reports**

**S5 Fileshares**

**S5 Forensic Data**

**S5 Forensic Data Email**

**S5 Laserpro Customer Information**

**S5 Laserpro Loan Origination Information**

**S5 OMS Deposit Info**

**S5 OMS GL Info**

**S5 OMS Loan Info**

**S5 Scanned Documents**