Thomas W. Davis, II
HOWARD & HOWARD
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV  89169-5980
Telephone:  (702) 257-1483
Facsimile:   (702) 567-1568
Email:        tdavis@howardandhoward.com

Lewis K. Loss
Matthew J. Dendinger
Richard W. Boone Jr.
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:  (202) 778-4060
Facsimile:   (202) 778-4099
Email:    lloss@ljwllp.com
            mdendinger@ljwllp.com
            rboone@ljwllp.com

Attorneys for Progressive Casualty Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEVEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; RICK DRESCHLER; and the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for SUN WEST BANK,<br><br>      Defendants. | Case No. 2:11-CV-00678-LRH-PAL<br><br>**JOINT UNOPPOSED MOTION BY PROGRESSIVE CASUALTY INSURANCE COMPANY AND FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SUN WEST BANK FOR AN EXTENSION OF THE BRIEFING SCHEDULE AND HEARING DATE REGARDING MOTION TO COMPEL** |

/ / /

NOW COME Plaintiff Progressive Casualty Insurance Company ("Progressive") and Defendant Federal Deposit Insurance Corporation as Receiver for Sun West Bank ("FDIC-R"), by and through their undersigned counsel, and file this joint unopposed motion for an extension of the briefing schedule and hearing date regarding the FDIC-R's Motion to Compel Discovery Responses (DE 68). In support of this motion, Progressive and the FDIC-R state as follows:

On October 25, 2013, the FDIC-R filed under seal a Motion to Compel Discovery Responses. (DE 68). Progressive's response to that motion presently is due by next Tuesday, November 12, 2013, and the FDIC-R's reply in support is due by Friday, November 22, 2013. On November 6, 2013, the Court entered an order setting the FDIC-R's motion for hearing on Tuesday, December 3, 2013 at 10:30 a.m. (DE 71).

Due to the press of business pertaining to other declaratory judgment actions in which Progressive and the FDIC, in its capacity as receiver for a failed bank, are involved, Progressive respectfully requests an extension of time until November 20, 2013 for Progressive to file its response to the FDIC-R's Motion to Compel Discovery Responses. Due to the Thanksgiving holiday, the FDIC-R respectfully requests an extension of time until December 3, 2013 for the FDIC-R to file a reply brief in support of its motion.

Because these extensions, if granted, would cause briefing on the motion to be completed on the currently scheduled hearing date, Progressive and the FDIC-R likewise respectfully request that the Court reschedule the hearing for Tuesday, December 10, 2013 or the earliest date thereafter that is convenient for the Court.[1]

---

[1] Counsel for Progressive will be on vacation for the holidays from December 23, 2013 through January 1, 2014 and would appreciate this matter not be scheduled for a hearing during that timeframe. If necessary, though, Progressive's counsel can make himself available during this period.

Counsel for Progressive has confirmed that this motion is unopposed by the other parties to this action.

Respectfully submitted this 8th day of November, 2013.

| | |
|---|---|
| HOWARD & HOWARD | LEE, HONG, DEGERMAN, KANG & WAIMEY |
| By  /s/ Thomas W. Davis, II<br>Thomas W. Davis, II<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169 | By  /s/ Eric D. Olson<br>Eric D. Olson (*pro hac vice*)<br>1920 Main Street, Suite 900<br>Irvine, CA 92614 |
| LOSS, JUDGE & WARD, LLP<br>Lewis K. Loss (*pro hac vice*)<br>Matthew J. Dendinger (*pro hac vice*)<br>Richard W. Boone, Jr. (*pro hac vice*)<br>Two Lafayette Centre<br>1133 21st St., NW, Suite 450<br>Washington, DC 20036 | MORRIS LAW GROUP<br>Robert McCoy<br>Joni A. Jamison<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101 |
| *Attorneys for Progressive Casualty Insurance Company* | DICKSTEIN SHAPIRO LLP<br>Andrew M. Reidy (*pro hac vice*)<br>Catherine J. Serafin (*pro hac vice*)<br>1825 Eye Street NW<br>Washington, DC 20006 |
| | *Attorneys for Federal Deposit Insurance Company, as Receiver for Sun West Bank* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November, 2013, I served the above JOINT UNOPPOSED MOTION BY PROGRESSIVE CASUALTY INSURANCE COMPANY AND FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SUN WEST BANK FOR AN EXTENSION OF THE BRIEFING SCHEDULE AND HEARING DATE REGARDING MOTION TO COMPEL pursuant to Fed. R. Civ. P. 60(b) through the CM/ECF system of the United States District Court for the District of Nevada upon counsel for all parties of record in this action.

*Barbara Dunn*

An Employee of Howard & Howard

## ORDER

**IT IS SO ORDERED** that Progressive shall have until November 20, 2013 to file its response to the FDIC-R's Motion to Compel Discovery Responses, and the FDIC-R shall have until December 3, 2013 to file a reply in support of that motion. The hearing on this motion currently scheduled for Tuesday, December 3, 2013 at 10:30 a.m. is rescheduled for _____ at _____ in LV Courtroom 3B before Magistrate Judge Peggy A. Leen.

Dated this \_\_\_ day of _____, 2013.

_____
United States Magistrate Judge