Thomas W. Davis, II
HOWARD & HOWARD
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV  89169-5980
Telephone:  (702) 257-1483
Facsimile:   (702) 567-1568
Email:        tdavis@howardandhoward.com

Lewis K. Loss
Matthew J. Dendinger
Richard W. Boone Jr.
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:  (202) 778-4060
Facsimile:   (202) 778-4099
Email:        lloss@ljwllp.com
              mdendinger@ljwllp.com
              rboone@ljwllp.com

Attorneys for Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEVEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; RICK DRESCHLER; and the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for SUN WEST BANK,<br><br>Defendants. | Case No. 2:11-CV-00678-LRH-PAL<br><br>**PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM CONCERNING DOCUMENTS FILED UNDER SEAL** |

Now comes Plaintiff Progressive Casualty Insurance Company ("Progressive"), by and through its undersigned counsel, and respectfully requests that the Court grant Progressive a further extension of time until Friday, November 22, 2013 to file a

memorandum regarding documents filed under seal by Defendant Federal Deposit Insurance Corporation, as Receiver of Sun West Bank ("FDIC-R").[1]

The Court's Order of November 1, 2013 [DE 70] allowed Progressive until today, November 14, 2013, to file a memorandum regarding documents filed under seal by the FDIC-R in this matter on October 25, 2013. Progressive is not in a position today to advise the Court with the level of specificity Progressive feels is necessary and it believes the Court would expect whether these documents appropriately should remain under seal. Key personnel with respect to this issue presently are out of the country on business but will be back in their offices next week. Therefore, Progressive respectfully requests a further extension of time until Friday, November 22, 2013 to advise the court whether it believes that one or more of the documents the FDIC-R filed under seal properly should remain under seal and, if so, the bases for its determination.

Respectfully submitted this 14th day of November, 2013.

          HOWARD & HOWARD

          By /s/ Thomas W. Davis, II
              Thomas W. Davis, II
              Wells Fargo Tower, Suite 1000
              3800 Howard Hughes Parkway
              Las Vegas, NV 89169

          LOSS, JUDGE & WARD, LLP
              Lewis K. Loss (*pro hac vice*)
              Matthew J. Dendinger (*pro hac vice*)
              Richard W. Boone, Jr. (*pro hac vice*)
              Two Lafayette Centre
              1133 21st St., NW, Suite 450
              Washington, DC 20036

          *Attorneys for Progressive Casualty Insurance Company*

---

[1] Before filing this motion, counsel for Progressive contacted counsel for the FDIC-R and the individual defendants asking whether Progressive could represent that this motion is unopposed. Counsel for the individual defendants confirmed that they do not oppose the relief Progressive requests. For understandable reasons, the FDIC-R's counsel was unable to provide an answer before it was necessary for Progressive to file this motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of November, 2013, I caused a copy of the foregoing **Plaintiff Progressive Casualty Insurance Company's Motion for Extension of Time to File Memorandum Concerning Documents Filed Under Seal** to be electronically served upon all attorneys of record in this action.

_____Barbara G Dunn_____
An Employee of Howard & Howard



Thomas W. Davis, II
HOWARD & HOWARD
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
Telephone:  (702) 257-1483
Facsimile:   (702) 567-1568
Email:        tdavis@howardandhoward.com

Lewis K. Loss
Matthew J. Dendinger
Richard W. Boone Jr.
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:  (202) 778-4060
Facsimile:   (202) 778-4099
Email:        lloss@ljwllp.com
                  mdendinger@ljwllp.com
                  rboone@ljwllp.com

Attorneys for Progressive Casualty Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEVEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; RICK DRESCHLER; and the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for SUN WEST BANK,<br><br>           Defendants. | Case No. 2:11-CV-00678-LRH-PAL<br><br>**ORDER** |

/ / /

/ / /

/ / /

## ORDER

Based upon Plaintiff Progressive Casualty Insurance Company's Motion For Extension Of Time To File Memorandum Concerning Documents Filed Under Seal,

IT IS HEREBY ORDERED that Progressive shall have until November 22, 2013 to file a memorandum concerning the documents filed under seal by the FDIC-R on October 25, 2013.

Dated this 18 day of November, 2013.

_____
United States Magistrate Judge