Thomas W. Davis, II
HOWARD & HOWARD
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email: tdavis@howardandhoward.com

Lewis K. Loss
Matthew J. Dendinger
Richard W. Boone Jr.
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
Email: lloss@ljwllp.com
       mdendinger@ljwllp.com
       rboone@ljwllp.com

Attorneys for Progressive Casualty Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | Case No. 2:11-CV-00678-LRH-PAL |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEVEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; RICK DRESCHLER; and the FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for SUN WEST BANK, | |
| Defendants. | |

2441718

# CERTIFICATE OF SERVICE

I, Barbara Dunn, declare:

I am a citizen of the United States and employed in Las Vegas, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169. On November 20, 2013 said document was filed: **Plaintiff Progressive Casualty Insurance Company's Opposition To Federal Deposit Insurance Corporation As Receiver For Sun West Bank's Motion to Compel Discovery Responses** and on November 21, 2013 served a copy of the within document by email and:

    X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

| | |
|---|---|
| Robert McCoy, Esq.<br>Joni A. Jamison, Esq.<br>MORRIS LAW GROUP<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank | Kevin R. Stolworthy<br>ARMSTRONG TEASDALE, LLP<br>3770 Howard Hughes Parkway<br>Suite 200<br>Las Vegas, Nevada 89169<br><br>Attorneys for Defendants |
| Andrew M. Reidy, Esq.<br>Catherine J. Serafin, Esq.<br>Joseph M. Saka, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006<br>Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank | |
| Eric D. Olson, Esq.<br>LEE, HONG, DEGERMAN, KANG & WAIMEY<br>3501 Jamboree Road, Suite 6000<br>Newport Beach, California 92660<br>Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank | |

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on November 21, 2013 at Las Vegas, Nevada.

*Barbara Dunn*
Barbara Dunn