1  Thomas W. Davis, II
   HOWARD & HOWARD
2  Wells Fargo Tower, Suite 1000
   3800 Howard Hughes Parkway
3  Las Vegas, NV 89169-5980
   Telephone:  (702) 257-1483
4  Facsimile:  (702) 567-1568
   Email:      tdavis@howardandhoward.com
5
   Lewis K. Loss
6  Matthew J. Dendinger
   Richard W. Boone Jr.
7  LOSS, JUDGE & WARD, LLP
   Two Lafayette Centre
8  1133 21st Street, NW, Suite 450
   Washington, DC 20036
9  Telephone:  (202) 778-4060
   Facsimile:  (202) 778-4099
10 Email:  lloss@ljwllp.com
           mdendinger@ljwllp.com
11         rboone@ljwllp.com

12 Attorneys for Progressive Casualty Insurance Company

13              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
14

15 PROGRESSIVE CASUALTY
   INSURANCE COMPANY,
16
          Plaintiff,                    Case No. 2:11-CV-00678-LRH-PAL
17
   v.                                   **PLAINTIFF PROGRESSIVE**
18                                      **CASUALTY INSURANCE**
   JACKIE K. DELANEY; LARRY E.          **COMPANY'S MEMORANDUM**
19 CARTER; MARK A. STOUT; KENNETH       **REGARDING DOCUMENTS**
   TEMPLETON; JOHN SHIVELY;             **FILED UNDER SEAL**
20 STEVEN C. KALB; JEROME F.
   SNYDER; HUGH TEMPLETON; RICK
21 DRESCHLER; and the FEDERAL
   DEPOSIT INSURANCE CORPORATION
22 as receiver for SUN WEST BANK,

23        Defendants.

24
25
26
27

## PLAINTIFF PROGRESSIVE CASUALTY INSURANCE COMPANY'S MEMORANDUM REGARDING DOCUMENTS FILED UNDER SEAL

On October 25, 2013, Defendant Federal Deposit Insurance Corporation, as Receiver of Sun West Bank ("FDIC-R"), filed a Motion to Seal the FDIC-R's Motion to Compel Discovery [DE 69]. That same day, the FDIC-R filed its Motion and exhibits under seal. Having carefully considered the documents at issue, Plaintiff Progressive Casualty Insurance Company has determined that it does not believe it is necessary for the Motion or exhibits to remain under seal.

On November 20, 2013, Progressive filed its opposition to the FDIC-R's Motion to Compel Discovery. The CM/ECF system required Progressive to file its opposition brief under seal. Progressive does not believe the brief or the accompanying declaration of Matthew J. Dendinger need to remain under seal.

Respectfully submitted this 22nd day of November, 2013.

        HOWARD & HOWARD

        By /s/ Thomas W. Davis, II
          Thomas W. Davis, II
          Wells Fargo Tower, Suite 1000
          3800 Howard Hughes Parkway
          Las Vegas, NV 89169

        LOSS, JUDGE & WARD, LLP
          Lewis K. Loss (*pro hac vice*)
          Matthew J. Dendinger (*pro hac vice*)
          Richard W. Boone, Jr. (*pro hac vice*)
          Two Lafayette Centre
          1133 21st St., NW, Suite 450
          Washington, DC 20036

        *Attorneys for Progressive Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 22nd day of November, 2013, I caused a copy of the foregoing **Plaintiff Progressive Casualty Insurance Company's Memorandum Concerning Documents Filed Under Seal** to be electronically served upon all attorneys of record in this action.

*Barbara Dunn*
An Employee of Howard & Howard