MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400

LEE, HONG, DEGERMAN, KANG & WAIMEY
Eric D. Olson (*pro hac vice*)
Email: eolson@lhlaw.com
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660
Telephone: (949) 419-8713

DICKSTEIN SHAPIRO LLP
Andrew M. Reidy (*pro hac vice*)
Email: reidya@dicksteinshapiro.com
Catherine J. Serafin (*pro hac vice*)
Email: serafinc@dicksteinshapiro.com
Joseph M. Saka (*pro hac vice*)
Email: sakaj@dicksteinshapiro.com
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200

Attorneys for Intervenor Federal Deposit
Insurance Company as Receiver for
Sun West Bank

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN | Case No. 2:11-cv-00678-LRH-PAL<br><br>**MOTION TO SEAL EXHIBIT 2 TO REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM PROGRESSIVE CASUALTY INSURANCE COMPANY** |

| | |
|---|---|
| SHIVELY; STEPHEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; and RICK DRESCHLER, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Defendant Federal Deposit Insurance Corporation, as Receiver for Sun West Bank ("FDIC-R") moves the Court for an order sealing the concurrently filed Exhibit 2 (and attached exhibits) to the Reply in Support of Motion to Compel Discovery Responses from plaintiff Progressive Casualty Insurance Corporation ("Progressive") (#81).  This motion is based on the following points and authorities.

MORRIS LAW GROUP

By   /s/ Robert McCoy
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank

## POINTS AND AUTHORITIES

FDIC-R filed a motion to seal its motion to compel discovery responses from Progressive (#69), to comply with its obligations under the parties' Confidentiality Agreement and Stipulated Protective Order (#63) ("Confidentiality Agreement").  Because the documents attached to that motion were designated as "Confidential" by Progressive, the Court ordered Progressive to file a memorandum complying with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), to show that good

cause exists to keep the documents filed under seal.  *See* Order (#70).  Despite having designated the documents as "Confidential," Progressive filed a memorandum on November 22, 2013 stating that the motion and its exhibits do not need to remain under seal.  *See* Pl's Memo. (#78).

Today, FDIC-R filed a reply in support of its motion to compel (#79).  Attached as Exhibit 2 to the reply is the declaration of Joseph Saka, which contains certain exhibits (Exhibits R and S) produced by third party American Bankers Mutual Insurance ("ABMI") and designated as "Confidential" by ABMI under the Confidentiality Agreement.  The declaration also discusses the content of these documents.  Again, solely to comply with the parties' Confidentiality Agreement (#63), FDIC-R requests that Exhibit 2 to its reply be filed under seal until ABMI or Progressive has an opportunity to demonstrate that good cause exists to keep the

documents sealed.  FDIC-R thus anticipates that either ABMI or Progressive will file a brief to support this argument.

                    MORRIS LAW GROUP

By  /s/ Robert McCoy
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101

LEE, HONG, DEGERMAN, KANG & WAIMEY
Eric D. Olson *(pro hac vice)*
3501 Jamboree Road, Suite 6000
Newport Beach, California  92660

DICKSTEIN SHAPIRO LLP
Andrew M. Reidy *(pro hac vice)*
Catherine J. Serafin *(pro hac vice)*
Joseph M. Saka *(pro hac vice)*
1825 Eye Street NW
Washington, DC  20006

Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following documents were served via electronic service: **MOTION TO SEAL EXHIBIT 2 TO REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES FROM PROGRESSIVE CASUALTY INSURANCE COMPANY**

TO:

Lewis K. Loss
Email:  lloss@tljlaw.com
Matthew J. Dendinger
Email:  mdendinger@tljlaw.com
Richard W. Boone, Jr.
Email:  rboone@tljlaw.com
THOMPSON LOSS & JUDGE, LLP
1133 21st Street, NW
Washington, DC  20036

Thomas W. Davis, II
Email:  twd@h2law.com
HOWARD & HOWARD
3800 Howard Hughes Parkway
Suite 1400
Las Vegas, Nevada  89169

Attorneys for Plaintiffs

Kevin R. Stolworthy
Email:  kstolworthy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada  89169

*Attorneys for Defendants*

Dated this 3rd day of December, 2013.

By:     /s/ Heather Suter