# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JACKIE K. DELANEY, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:11-cv-0678-LRH-PAL<br><br>**ORDER** |

Before the court is Plaintiff Progressive Casualty Insurance Company's Memorandum Regarding Documents Filed Under Seal (Dkt. #81). On October 25, 2013, Defendant Federal Deposit Insurance Corporation, as Receiver of Sunwest Bank ("FDIC-R") filed a Motion to Seal the FDIC-R's Motion to Compel Discovery (Dkt. #69) and filed documents attached to the motion under seal because the Plaintiff had designated the documents as confidential pursuant to the court's protective order regarding confidentiality. The court gave Progressive an opportunity to file a memorandum complying with the requirements of *Kamakana v. City and County of Honolulu* 447 F.3d 1172 (9th Cir. 2006), supporting any arguments that the documents should not be filed in the public record. Progressive now responds that it has determined that it is not necessary for the motion, supporting exhibits, or Progressive's opposition and accompanying declaration of Matthew Dendinger to remain under seal. Accordingly,

**IT IS ORDERED** that:

1. The FDIC-R's Motion to Seal (Dkt. #69) is **DENIED**.
2. The Clerk of the Court shall unseal and file on the record Docket ##68, 76, and 81.

///
///

3. The FDIC-R's Motion to Seal (Dkt. #80) is **DENIED.**

Dated this 4th day of December, 2013.

_____
Peggy A. Leen
United States Magistrate Judge