# EXHIBIT 2

## Saka, Joseph

| | |
|---|---|
| **From:** | Saka, Joseph |
| **Sent:** | Tuesday, December 17, 2013 10:14 AM |
| **To:** | 'Matthew Dendinger (mdendinger@ljwllp.com)' |
| **Cc:** | Reidy, Andrew; 'Lew Loss (lloss@ljwllp.com)' |
| **Subject:** | RE: Progressive v. Delaney, et al., No. 2:11-cv-00678-LRH-PAL (D. Nev.) |

Matt,

We still have not heard from you.  When do you anticipate providing a response?

Joe

**Joseph M. Saka**
Associate
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2679 | Fax (202) 379-9168
sakaj@dicksteinshapiro.com

**From:** Saka, Joseph
**Sent:** Friday, December 13, 2013 4:40 PM
**To:** Matthew Dendinger (mdendinger@ljwllp.com)
**Cc:** Reidy, Andrew; Lew Loss (lloss@ljwllp.com)
**Subject:** RE: Progressive v. Delaney, et al., No. 2:11-cv-00678-LRH-PAL (D. Nev.)

Matt,

We again are requesting for Progressive to provide the results for the search terms submitted by the FDIC as Receiver for Sun West.   Our request dates back more than four weeks, and we are still waiting to hear back from Progressive.   Please let us know when Progressive expects to provide the search results.  Given the discovery deadlines in this case, we expect the results early next week.

Best regards,
Joe


**Joseph M. Saka**
Associate
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2679 | Fax (202) 379-9168
sakaj@dicksteinshapiro.com

**From:** Saka, Joseph
**Sent:** Wednesday, November 27, 2013 2:25 PM
**To:** Matthew Dendinger (mdendinger@ljwllp.com)
**Cc:** Reidy, Andrew; Lew Loss (lloss@ljwllp.com)
**Subject:** Progressive v. Delaney, et al., No. 2:11-cv-00678-LRH-PAL (D. Nev.)

Matt,

In your opposition to the FDIC as Receiver for Sun West Bank's motion to compel, Progressive now indicates it will be producing certain documents.  As the document requests were served on June 14, 2013, please make the production by next week.  As we will be filing our reply with respect to the motion to compel next week, please let us know by Monday that you will be producing these documents next week so we may include that information in our reply brief.

Additionally,  following up on our previous requests, please let us know by Wednesday of next week the status of the search terms we submitted.

Best regards,
Joe


**Joseph M. Saka**
Associate
Dickstein Shapiro LLP
1825 Eye Street NW | Washington, DC 20006
Tel (202) 420-2679 | Fax (202) 379-9168
sakaj@dicksteinshapiro.com

**Confidentiality Statement**
This email message, including any attachments, is intended solely for the use of the addressee(s) named above.  This communication may contain privileged and/or confidential material.  If you are not the intended recipient, you have received this communication in error, and any review, use, printing, copying, or other dissemination of this email message is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by reply email message or notify our email administrator at postmaster@dicksteinshapiro.com and permanently delete and destroy the original message and any and all copies, including printouts and electronic copies on any computer system.
Dickstein Shapiro LLP
www.DicksteinShapiro.com