# EXHIBIT 3

## Saka, Joseph

| | |
|---|---|
| **From:** | Matthew Dendinger <mdendinger@ljwllp.com> |
| **Sent:** | Tuesday, December 17, 2013 5:08 PM |
| **To:** | Saka, Joseph; kirschman@whitfieldlaw.com |
| **Subject:** | Sun West Bank, Pacific State Bank, Vantus Bank |
| **Attachments:** | Consolidated Hit Report (Vantus, Sun West, Pacific State).pdf |

Joe and Rick:

Please find attached a consolidated hit report provided by our ESI vendor with respect to the FDIC's proposed search terms in these matters. Our vendor applied these proposed search terms against only those documents that are not already contained in the universe of ESI retrieved by search terms in other mater. We are providing this report without waiver of Progressive's right to object to the FDIC's proposed search terms.

Yours,
Matt


MATTHEW J. DENDINGER |LOSS, JUDGE & WARD, LLP
TWO LAFAYETTE CENTRE | 1133 21ST STREET, NW | SUITE 450 | WASHINGTON, DC  20036
DIRECT DIAL:  202.778.4072 | MAIN:  202.778.4060 | FACSIMILE:  202.778.4099
MDENDINGER@LJWLLP.COM | WWW.LJWLLP.COM


**Please consider the environment before printing this e-mail.**

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure, or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.