Thomas W. Davis, II
HOWARD & HOWARD
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV  89169-5980
Telephone:   (702) 257-1483
Facsimile:   (702) 567-1568
Email:       tdavis@howardandhoward.com

Lewis K. Loss
Matthew J. Dendinger
Richard W. Boone Jr.
LOSS, JUDGE & WARD, LLP
Two Lafayette Centre
1133 21st Street, NW, Suite 450
Washington, DC 20036
Telephone:   (202) 778-4060
Facsimile:   (202) 778-4099
Email:   lloss@ljwllp.com
         mdendinger@ljwllp.com
         rboone@ljwllp.com

Attorneys for Progressive Casualty Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PROGRESSIVE CASUALTY
INSURANCE COMPANY,

     Plaintiff,

v.

JACKIE K. DELANEY; LARRY E.
CARTER; MARK A. STOUT; KENNETH
TEMPLETON; JOHN SHIVELY;
STEVEN C. KALB; JEROME F.
SNYDER; HUGH TEMPLETON; RICK
DRESCHLER; and the FEDERAL
DEPOSIT INSURANCE CORPORATION
as receiver for SUN WEST BANK,

     Defendants.

Case No. 2:11-CV-00678-LRH-PAL

**JOINT STATUS REPORT
REGARDING ESI**

**JOINT STATUS REPORT REGARDING ESI**

Pursuant to the Court's January 14, 2014 order [Docket Entry ("DE") 101], Plaintiff Progressive Casualty Insurance Company ("Progressive") and Defendant Federal Deposit Insurance Corporation as Receiver for Sun West Bank ("FDIC-R") submit the following status report regarding the review and production of electronically stored information ("ESI").

Representatives of Progressive and the FDIC-R, FDIC as Receiver for Omni National Bank, FDIC as Receiver for Silver State Bank, FDIC as Receiver for Michigan Heritage Bank, FDIC as Receiver for Pacific State Bank, FDIC as Receiver for Vantus Bank, the FDIC as Receiver for Community National Bank of Arizona, and the FDIC as Receiver for Orion Bank participated in a meeting on January 24, 2014 to discuss Progressive's review and production of ESI in connection with the pending declaratory judgment actions in the various jurisdictions.  Counsel for Progressive, Lewis Loss and Matthew Dendinger, along with Progressive's ESI consultant, Conor Crowley, attended on behalf of Progressive.  The following individuals attended on behalf of the FDIC acting as receiver in the various cases, either in person or by phone: Andrew Reidy, Rick Perrin, Joseph Saka, Ray Rivard, Regina Sandler, John Letteri, Roy Ahrens, Doug Lang, Tony Kirkwood, Barry Gottfried, Howard Klein, Aaron Forester, Stuart Tonkinson, Lori Pinkley, and Steven Smith.

Progressive and the FDIC-R agree the meeting was productive and believe that additional discussions concerning the review and production of ESI may prove fruitful. In order to allow time for further discussions, Progressive and the FDIC-R respectfully request that the Court continue the status conference currently scheduled for Monday, February 3, 2014, at 9:30 a.m.  Although Progressive and the FDIC discussed requesting a two-week continuance, counsel for the FDIC-R is not available during the week of

February 17 due to previously scheduled mediations in Puerto Rico and Orlando, Florida. Therefore, Progressive and the FDIC-R respectfully request that the Court continue the status conference until Monday, February 24, 2014 or Tuesday, February 25, 2014, or as soon thereafter as it is convenient for the Court.[1]  If both February 24 and 25 would be convenient for the Court, the parties' preference would be for the 25th.  The other parties to this matter do not oppose this continuance.

THIS SPACE INTENTIONALLY BLANK

---

[1] On January 13, 2014, the FDIC as Receiver for Silver State Bank filed a motion to enforce or compel in the Silver State Bank action, *Progressive v. Federal Deposit Insurance Corporation, as Receiver of Silver State Bank*, No. 2:12-cv-00665-KJD-PAL (D. Nev.) (DE 134).  At the request of Progressive and the FDIC as Receiver for Silver State Bank, the Court scheduled a hearing on that motion for 10:00 a.m. on February 3, 2014, immediately following the status conference scheduled in this matter. Contemporaneously herewith, Progressive and the FDIC as Receiver for Silver State Bank are filing a stipulation asking the Court to reschedule the hearing in that matter for the same date as the status conference in this matter, assuming, of course, that the Court is amenable to the continuance Progressive and the FDIC-R propose here.

1    Respectfully submitted this 29th day of January, 2014.

2    HOWARD & HOWARD                          DICKSTEIN SHAPIRO LLP

3    By   /s/ Thomas W. Davis, II            By   /s/ Andrew M. Reidy
        Thomas W. Davis, II
4       Wells Fargo Tower, Suite 1000
        3800 Howard Hughes Parkway            MORRIS LAW GROUP
5       Las Vegas, NV 89169                      Robert McCoy
                                                 Joni A. Jamison
6    LOSS, JUDGE & WARD, LLP                     900 Bank of America Plaza
        Lewis K. Loss (*pro hac vice*)           300 South Fourth Street
7       Matthew J. Dendinger (*pro hac vice*)    Las Vegas, NV 89101
        Richard W. Boone, Jr. (*pro hac vice*)
8       Two Lafayette Centre                  DICKSTEIN SHAPIRO LLP
        1133 21st St., NW, Suite 450             Andrew M. Reidy (*pro hac vice*)
9       Washington, DC 20036                     Catherine J. Serafin (*pro hac vice*)
                                                 1825 Eye Street NW
10   *Attorneys for Progressive Casualty*        Washington, DC 20006
     *Insurance Company*
11                                            LEE, HONG, DEGERMAN, KANG &
                                              WAIMEY
12                                               Eric D. Olson (*pro hac vice*)
                                                 3501 Jamboree Road, Suite 6000
13                                               Newport Beach, CA 92660

14                                            *Attorneys for Federal Deposit Insurance*
                                              *Company as Receiver for Sun West Bank*
15

16

17

18                              **ORDER**

19
          **IT IS ORDERED** that the hearing set in this matter for February 3, 2014, at 9:30
20   a.m., is **VACATED** and **RESCHEDULED** for **February 25, 2014, at 11:20 a.m.**, in
     Courtroom 3B.
21

22        Dated this 30th day of January, 2014.

23                                            Peggy A. Leen
24                                            United States Magistrate Judge

25

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that on this 29th day of January, 2014, I caused a

3  copy of the foregoing **Joint Status Report Regarding ESI** to be electronically served

4  upon all attorneys of record in this action.

5

6                                        ___Barbara Q Dunn___

7                                        An Employee of Howard & Howard

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25