UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; et al.,<br><br>                              Defendants. | Case No. 2:11-cv-00678-LRH-PAL<br><br>**ORDER**<br><br>(Mtn to File Under Seal - Dkt. #134) |

This matter is before the court on Plaintiff Progressive Casualty Insurance Company's Memorandum Regarding Sealed Documents (Dkt. #135) filed May 2, 2014. The court has considered the Memorandum.

On April 15, 2014, the court entered an Order (Dkt. #126) denying Defendant Federal Deposit Insurance Company's Motion to Seal Exhibits E and F to the Declaration of Joseph Saka (Dkt. #119) and allowing Progressive to file a memorandum to make a particularized showing of good cause why those Exhibits should remain under seal pursuant to *Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1180 (9th Cir. 2006). Progressive's Memorandum represents that "it is not necessary for these documents, in the redacted form in which they were produced, to remain under seal." Memorandum at 2:18-19.

For these reasons,

**IT IS ORDERED** that the Clerk of Court shall unseal Exhibits E and F to the Declaration of Joseph Saka (Dkt. ##117-5, 117-6).

DATED this 8th day of May, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE