UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; et al.,<br><br>Defendants. | Case No. 2:11-cv-00678-LRH-PAL<br><br>**ORDER** |
|---|---|

This matter is before the court on Plaintiff Progressive Casualty Insurance Company's Memorandum Regarding Sealed Documents (Dkt. #148) filed June 6, 2014. The court has considered the Memorandum.

On May 13, 2014, the court entered an Order (Dkt. #139) denying Defendant Federal Deposit Insurance Company's Motion to Seal Exhibits K-N to the Declaration of Joseph Saka (Dkt. #133) and allowing Progressive to file a memorandum to make a particularized showing of good cause why those Exhibits should remain under seal pursuant to *Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1180 (9th Cir. 2006). Progressive's Memorandum represents that it is not necessary for the documents to remain under seal in the form they were produced. *See* Memorandum (Dkt. #148) at 2:18-19.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For these reasons,

**IT IS ORDERED** that the Clerk of Court shall unseal the Declaration of Joseph Saka (Dkt. #132).[1]

Dated this 9th day of June, 2014.

                                                                    _____
                                                                    PEGGY A. LEEN
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Declaration contains three other exhibits, marked as Exhibits J, O, and P. Those exhibits were not filed under seal. *See* Redacted Declaration (Dkt. #133). Accordingly, the entirety of the Declaration (Dkt. #132) that was originally filed under seal no longer needs to be maintained under seal.

2