UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JACKIE K. DELANEY; et al., <br><br> Defendants. | Case No. 2:11-cv-00678-LRH-PAL <br><br> **ORDER** |
|---|---|

This matter is before the court on Plaintiff Progressive Casualty Insurance Company's Memorandum Regarding Documents Filed Under Seal (Dkt. #167) filed June 25, 2014.  The court has considered the Memorandum.

On June 12, 2014, the court entered an Order (Dkt. #159) denying Defendant Federal Deposit Insurance Company's Motion to Seal Exhibits B-H (Dkt. #151) to its Status Report (Dkt. #149) and allowing Progressive to file a memorandum to make a particularized showing of good cause why those Exhibits should remain under seal pursuant to *Kamakana v. City and County of Honolulu,* 447 F.3d 1172, 1180 (9th Cir. 2006).  Progressive's Memorandum represents that it is not necessary for these documents to remain under seal.  Memorandum at 2:15-16.

For these reasons,

**IT IS ORDERED** that the Clerk of Court shall unseal the Status Report and its Exhibits (Dkt. #149).

Dated this 30th day of June, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1