MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400

LEE, HONG, DEGERMAN, KANG & WAIMEY
Eric D. Olson (*pro hac vice*)
Email: eolson@lhlaw.com
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660
Telephone: (949) 250-9954

LOWENSTEIN SANDLER LLP
Andrew M. Reidy *(pro hac vice)*
Email: areidy@lowenstein.com
Catherine J. Serafin *(pro hac vice)*
Email: cserafin@lowenstein.com
Joseph M. Saka *(pro hac vice)*
Email: jsaka@lowenstein.com
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 753-3800

Attorneys for Intervenor Federal Deposit
Insurance Company as Receiver for
Sun West Bank

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN | Case No. 2:11-cv-00678-LRH-PAL<br><br>**STATUS REPORT** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | SHIVELY; STEPHEN C. KALB;         )<br>JEROME F. SNYDER; HUGH        )<br>TEMPLETON; and RICK              )<br>DRESCHLER,                              )<br>                                                 )<br>                 Defendants.            )<br>                                                 ) |

By order dated December 29, 2014, this Court granted the parties' Stipulation and Proposed Order to Stay Proceedings to allow the parties to finalize settlement and dismissal paperwork.  The Order requires the parties to file a status report by January 6, 2015, "advising the court when they expect to finalize their settlement and file a stipulation for dismissal." (#205).  Pursuant to the Court's Order, the stay will expire on January 16, 2015.  The Parties hereby advise the Court that the Parties have exchanged draft settlement and dismissal paperwork and are discussing some of the terms of their agreement.   The parties are trying to complete the settlement agreement by January 16, 2015, and will promptly advise the

Court if any issues arise.  Accordingly the parties will submit a revised status report to the Court by January 16, 2015.

Respectfully submitted this 6th day of January, 2015.

| MORRIS LAW GROUP | LOSS, JUDGE & WARD LLP |
|---|---|
| By  /s/ Robert McCoy<br>    Robert McCoy, No. 9121<br>    Joni A. Jamison, No. 11614<br>    900 Bank of America Plaza<br>    300 South Fourth Street<br>    Las Vegas, Nevada 89101 | By  /s/ Matthew J. Dendinger<br>    Lewis K. Loss<br>    Matthew J. Dendinger<br>    Two Lafayette Centre<br>    1133 21st Street, NW, Suite 450<br>    Washington, DC 20036 |
| LEE, HONG, DEGERMAN, KANG & WAIMEY<br>Eric D. Olson (*pro hac vice*)<br>3501 Jamboree Road, Suite 6000<br>Newport Beach, California 92660<br><br>LOWENSTEIN SANDLER LLP<br>Andrew M. Reidy (*pro hac vice*)<br>Catherine J. Serafin (*pro hac vice*)<br>Joseph M. Saka (*pro hac vice*)<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br><br>Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank | HOWARD & HOWARD ATTORNEYS LLC<br>Thomas W. Davis, II, No. 2531<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169-5980<br><br>Attorneys for Plaintiff<br><br>ARMSTRONG TEASDALE LLP<br><br>By  /s/ Keven R. Stolworthy<br>    Kevin R. Stolworthy, No. 2798<br>    3770 Howard Hughes Parkway<br>    Suite 200<br>    Las Vegas, Nevada 89169<br><br>Attorneys for Defendants Jackie K. Delaney, Larry E. Carter, Mark A. Stout, Kenneth Templeton, John Shively, Steven C. Kalb, Jerome F. Snyder, Hugh Templeton, and Rick Dreschler |

IT IS SO ORDERED this 7th day of January, 2015.

_____
Peggy A. Leen
United States Magistrate Judge