1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEPHEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; and RICK DRESCHLER,<br><br>    Defendants. | Case No. 2:11-cv-00678-LRH-PAL<br><br>**STIPULATION TO EXTEND STAY OF PROCEEDINGS**<br><br>**(FOURTH REQUEST)** |

Pursuant to the Court's January 7, 2015 Order, the parties hereby submit this status report and further stipulate and request that the Court stay all deadlines in this case until January 30, 2015, based on the following:

1. On November 19, 2014, the parties mediated under the guidance of mediator Ken Kendrick of Kendrick Conflict Resolution.

2. After lengthy negotiations, the parties reached a settlement in principle.

3. While some of the corporate parties got final authority for the agreement in principle to become a final agreement, the parties filed a stipulation on November 21, 2014 (#200) to stay all proceedings for ten days. On November 25, 2014, the Court entered an order to stay proceedings until December 2, 2014.

5. To allow the parties time to prepare the final settlement agreement and dismissal paperwork, the parties filed a stipulation on November 26, 2014 (#202) to stay all proceedings until December 29.  On November 28, 2014, the Court entered an order staying proceedings until December 29, 2014 and ordering the parties to file a status report by January 6, 2015 advising the court when they expect to finalize their settlement and file a stipulation for dismissal.   At the parties' joint request, on December 29, 2015 (#205), the Court further extended the stay until January 16, 2015 to allow the parties to finalize settlement and dismissal paperwork.  On January 7, 2015 (#207), after the parties filed their joint status report, the Court ordered the parties to submit a revised status report by January 16, 2015.

6. The parties have exchanged draft settlement agreements and dismissal paperwork, held teleconferences, and are discussing some of the terms of their agreement.  Due to the number of parties involved, the process has been lengthy but the remaining terms under discussion are

2

1 | limited.  The parties are trying to complete the settlement agreement by
2 | January 30, 2015, and will promptly advise the Court if any issues arise.
3 |       7.    The cost of completing the upcoming briefing and
4 | discovery deadlines would undermine the agreed-upon settlement
5 | arrangement because of the financial and time expense involved with
6 | fulfilling those deadlines.  Temporarily staying those deadlines would
7 | effectuate the parties' mutual desire to decrease the cost of litigation pending
8 | settlement.
9 |       The parties submit that good cause exists to stay all proceedings
10 | in this case until January 30, 2015.  The parties therefore request that the
11 | Court enter an order granting such a stay and ordering the parties by
12 | January 30, 2015 to file a supplemental status report advising the court when
13 | they expect to finalize their settlement and file a stipulation for dismissal.

| LOSS, JUDGE & WARD LLP | ARMSTRONG TEASDALE LLP |
|---|---|
| By /s/ Lewis K. Loss<br>   Lewis K. Loss<br>   Matthew J. Dendinger<br>   Two Lafayette Centre<br>   1133 21st Street, NW, Suite 450<br>   Washington, DC 20036<br><br>HOWARD & HOWARD<br>ATTORNEYS LLC<br>Thomas W. Davis, II, No. 2531<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169-5980<br><br>Attorneys for Plaintiff | By /s/ Kevin R. Stolworthy<br>   Kevin R. Stolworthy, No. 2798<br>   3770 Howard Hughes Parkway<br>   Suite 200<br>   Las Vegas, Nevada 89169<br><br>Attorneys for Defendants Jackie K. Delaney, Larry E. Carter, Mark A. Stout, Kenneth Templeton, John Shively, Steven C. Kalb, Jerome F. Snyder, Hugh Templeton, and Rick Dreschler |

MORRIS LAW GROUP

By /s/ Joni A. Jamison
  Robert McCoy, No. 9121
  Joni A. Jamison, No. 11614
  900 Bank of America Plaza
  300 South Fourth Street
  Las Vegas, Nevada 89101

LEE, HONG, DEGERMAN, KANG
  & WAIMEY
Eric D. Olson (*pro hac vice*)
3501 Jamboree Road, Suite 6000
Newport Beach, California 92660

LOWENSTEIN SANDLER LLP
Andrew M. Reidy (*pro hac vice*)
Catherine J. Serafin (*pro hac vice*)
Joseph M. Saka (*pro hac vice*)
2200 Pennsylvania Avenue NW
Washington, DC 20037

Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank

## ORDER

IT IS SO ORDERED.  All proceedings in this case are stayed until January 30, 2015 to allow the parties to finalize settlement and dismissal paperwork.  The parties will file a supplemental status report by January 30, 2015 advising the court when they expect to finalize their settlement and file a stipulation for dismissal.

DATED this 22nd day of January, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4