1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JACKIE K. DELANEY; LARRY E. CARTER; MARK A. STOUT; KENNETH TEMPLETON; JOHN SHIVELY; STEPHEN C. KALB; JEROME F. SNYDER; HUGH TEMPLETON; and RICK DRESCHLER,<br><br>Defendants. | Case No. 2:11-cv-00678-LRH-PAL<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
|---|---|

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Progressive Casualty Insurance Company ("Progressive"), Defendant Federal Deposit Insurance Corporation as Receiver for Sun West Bank (the "FDIC-R"), and Defendants Jackie K. Delaney, Larry E. Carter, Mark A. Stout, Kenneth Templeton, John Shively, Steven C. Kalb, Jerome F. Snyder, Hugh Templeton, and Rick Dreschler (the "Directors & Officers") hereby stipulate to dismiss this action with prejudice.

The parties have agreed to bear their own fees and costs incurred in this action.

| | |
|---|---|
| LOSS, JUDGE & WARD LLP | MORRIS LAW GROUP |
| By /s/ Lewis K. Loss<br>Lewis K. Loss<br>Matthew J. Dendinger<br>Two Lafayette Centre<br>1133 21st Street, NW, Suite 450<br>Washington, DC 20036 | By /s/ Joni A. Jamison<br>Robert McCoy, No. 9121<br>Joni A. Jamison, No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| HOWARD & HOWARD ATTORNEYS LLC<br>Thomas W. Davis, II, No. 2531<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169-5980<br><br>Attorneys for Plaintiff | LEE, HONG, DEGERMAN, KANG & WAIMEY<br>Eric D. Olson (*pro hac vice*)<br>3501 Jamboree Road, Suite 6000<br>Newport Beach, California 92660<br><br>LOWENSTEIN SANDLER LLP<br>Andrew M. Reidy (*pro hac vice*)<br>Catherine J. Serafin (*pro hac vice*)<br>Joseph M. Saka (*pro hac vice*)<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br><br>Attorneys for Intervenor Federal Deposit Insurance Company as Receiver for Sun West Bank |

ARMSTRONG TEASDALE LLP

By /s/ Kevin R. Stolworthy
   Kevin R. Stolworthy, No. 2798
   3770 Howard Hughes Parkway
   Suite 200
   Las Vegas, Nevada 89169

Attorneys for Defendants Jackie K. Delaney, Larry E. Carter, Mark A. Stout, Kenneth Templeton, John Shively, Steven C. Kalb, Jerome F. Snyder, Hugh Templeton, and Rick Dreschler

**ORDER**

     IT IS SO ORDERED.

     DATED this 5th day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3